WOODWARD OWENS v. THE STATE.

No. 9563. Delivered October 21, 1925.

**Murder—Argument of Counsel—Held Proper.**

There is no statement of facts in the record, and appellant's only bill of exception complains of certain argument of the District Attorney. A careful examination of said bill in the light of the explanation of the court, presents no error, and the judgment is affirmed.

Appeal from the District Court of Houston County. Tried below before the Hon. Ben F. Dent, Judge.

Appeal from a conviction of murder; penalty, twenty-five years in the state penitentiary.

*N. H. Phillips*, for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Houston County of murder, and his punishment fixed at twenty-five years in the penitentiary.

The record is before us without statement of facts. There is but one bill of exceptions which complains of certain argument of the district attorney in his closing remarks to the jury. We have carefully considered same and deem it unnecessary to set it out at length, and are of opinion that under the explanation of the court to the bill the argument presents no error.

The judgment will be affirmed.

*Affirmed.*